**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JIMMY MUSTAKIS, individually and on behalf
of all others similarly situated,

                Plaintiff,

   - against -

CHATTEM, INC.,

                Defendant.
-----------------------------------------------------------X

**JUDGMENT**
CV 20-5895 (GRB) (AYS)

A Memorandum and Order of Honorable Gary R. Brown, United States District Judge, having been filed on March 9, 2022, granting defendant's motion to dismiss in its entirety, it is

**ORDERED AND ADJUDGED** that plaintiff Jimmy Mustakis take nothing of defendant Chattem, Inc.; that defendant's motion to dismiss is granted in its entirety; and that this case is closed.

Dated: March 9, 2022
       Central Islip, New York

                                                BRENNA B. MAHONEY
                                                CLERK OF COURT

                             BY:   /S/ JAMES J. TORITTO
                                           DEPUTY CLERK